JUNE 24, 1939

**No. 41724.**—▮▮▮▮▮▮▮▮▮▮▮▮—Protest 672964–G of Associated Manufacturers Importing Co. Abstract 41421. Application by Government, for rehearing denied.

BEFORE THE SECOND DIVISION, JUNE 27, 1939

**No. 41725.**—Protests 355171–G, etc., of Richard Shipping Corp. (New York).

Opinion by TILSON, J. Through error in the earlier decision it was held that the merchandise consisted of Normandy laces when as a matter of fact it is Princess laces similar to those involved in *United States* v. *Case* (20 C. C. P. A. 1, T. D. 45590). The earlier decision is corrected and the Princess laces held dutiable at 75 percent under paragraph 1430.

**No. 41726.**—Protest 20741–G of Abraham & Straus, Inc. (New York.)

Opinion by TILSON, J. The record showed that certain of the merchandise consists of embroidered laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41727.**—Protest 129035–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the merchandise consists of embroidered laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41728.**—Protest 124176–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41729.**—Protest 19851–G of Fred'k Loeser & Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.